UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 2 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| GARY LOUIS CORBRAY, | No. 23-35236 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 3:21-cv-05623-LK
Western District of Washington, Tacoma |
| v. | |
| SULLIVANS, Property Officer, Washington State Penitentiary; et al., | ORDER |
| Defendants-Appellees. | |

Before: NGUYEN, FRIEDLAND, and SUNG, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the notice of appeal, served on March 28, 2023 and filed on April 3, 2023, was not filed or delivered to prison officials within 30 days after the district court's judgment entered on November 23, 2022. *See* 28 U.S.C. § 2107(a); *United States v. Sadler*, 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional). Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

**DISMISSED.**