UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 08 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GARY LOUIS CORBRAY, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SULLIVANS, Property Officer, Washington State Penitentiary; et al., <br><br> Defendants - Appellees. | No. 23-35236 <br><br> D.C. No. 3:21-cv-05623-LK <br> U.S. District Court for Western Washington, Tacoma <br><br> **MANDATE** |

The judgment of this Court, entered June 02, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT